OPERA ON TOUR, INC., v. JOSEPH N. WEBER, as President of American Federation of Musicians, and Others.— Motion for resettlement denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY v. THE NATIONAL CITY BANK OF NEW YORK and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Another. MARINERS HARBOR NATIONAL BANK OF PORT RICHMOND, N. Y., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

HERBERT A. TEMPLE and Another v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BRUNO BURN v. ALBERT F. COYLE.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FREDERICK BASSIN v. PETROGRADSKY MEJDUNARODNY KOMMERTCHESKI BANK, Otherwise Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE BRONX SAVINGS BANK v. KIAMIE HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

REBECCA APFEL, as Administratrix, etc., of IGNACE IRVING APFEL, v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FAHEY'S PRINTERS CAFE, INC., v. JOHN DOE (Name Fictitious, True Name Unknown), as President of Bartenders Union Local No. 3.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (April 12, 1940.)

FEDERAL TRUST COMPANY, Appellant, v. TERRA CHEMICAL CORPORATION, EUGENE WALTER and FREDERICK LATTER, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ZENOBIA COMPANY, INC., Appellant, v. AMERICAN PISTACHIO CORPORATION, and Others, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [168 Misc. 312.]